| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Black River Landscape Management, Inc.** |
| --- | --- | --- |

| 2. | All other names debtor used in the last 8 years |  |
| --- | --- | --- |
|  | Include any assumed names, trade names and *doing business as* names |  |

| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1185926** |
| --- | --- | --- |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **23 Mount Hope Road** **Rockaway, NJ 07866-2406** Number, Street, City, State & ZIP Code | **P.O. Box 251** **Ironia, NJ 07845** P.O. Box, Number, Street, City, State & ZIP Code |
| **Morris** County | **Location of principal assets, if different from principal place of business** **27 East Main Street Rockaway, NJ 07866** Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.blackriverlandscaping.com** |
| --- | --- | --- |

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Black River Landscape Management, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor    **Black River Landscape Management, Inc.**                     Case number (*if known*) _____
      Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No ☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

| | | |
|---|---|---|
| **11.** **Why is the case filed in *this district*?** | Check all that apply: | |
| | ■ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No ☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name    _____

          Phone    _____

---

| | |
|---|---|
| ███ | **Statistical and administrative information** |

| | | |
|---|---|---|
| **13.** **Debtor's estimation of available funds** | . | Check one: |
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** **Estimated number of creditors** | ■ 1-49 ☐ 50-99 ☐ 100-199 ☐ 200-999 | ☐ 1,000-5,000 ☐ 5001-10,000 ☐ 10,001-25,000 | ☐ 25,001-50,000 ☐ 50,001-100,000 ☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** **Estimated Assets** | ☐ $0 - $50,000 ☐ $50,001 - $100,000 ■ $100,001 - $500,000 ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million ☐ $10,000,001 - $50  million ☐ $50,000,001 - $100 million ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion ☐ $1,000,000,001 - $10 billion ☐ $10,000,000,001 - $50 billion ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Black River Landscape Management, Inc.**                              Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Black River Landscape Management, Inc.**                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  6, 2021**
               MM / DD / YYYY

X **/s/ Kristopher Holland**                         **Kristopher Holland**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Mark J. Politan**                         Date    **April  6, 2021**
Signature of attorney for debtor                         MM / DD / YYYY

**Mark J. Politan**
Printed name

**Politan Law, LLC**
Firm name

**88 East Main Street, #502**
**Mendham, NJ 07945**
Number, Street, City, State & ZIP Code

Contact phone    **973.768.6072**       Email address    **mpolitan@politanlaw.com**

**036791998 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Black River Landscape Management, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  6, 2021**          X */s/ Kristopher Holland*
                                           Signature of individual signing on behalf of debtor

                                           **Kristopher Holland**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Black River Landscape Management, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alltran Financial LP on behalf of Ford Motor Credit Co., LLC PO Box 722929 Houston, TX 77272-2929** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | **$24,422.78** |
| **Andrew and Dana Mackessy c/o Riker Danzig, et al. Headquarters Plaza One Speedwell Avenue Morristown, NJ 07962** | | **Litigation Claims** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Autozone c/o Rauch-Milliken International, Inc. PO Box 8390 Metairie, LA 70011-8390** | | **Trade debt** | **Disputed** | | | **$625.50** |
| **Case Snow Managment, Inc. 356 Dietsch Blvd. Attleboro Falls, MA 02763** | | **Litigation Claims** | **Disputed** | | | **$0.00** |
| **Chrysler Capital PO Box 660335 Dallas, TX 75266-0335** | | **2018 Dodge 2500 Laramie--approx. 40,000 miles** | | **$45,055.75** | **Unknown** | **Unknown** |
| **Chrysler Capital PO Box 660335 Dallas, TX 75266-0335** | | **2018 Dodge 2500 Laramie--approx. 35,000 miles** | | **$45,028.01** | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Black River Landscape Management, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **County Concrete Corporation 50 Railroad Avenue PO Box F Kenvil, NJ 07847** | | **Judgment** | **Disputed** | | | **$71,576.56** |
| **Customers Bank 701 Reading Avenue Reading, PA 19611** | | **PPP Loan- 2d draw** | **Contingent** | | | **$45,572.00** |
| **David R. and Dolores M. Mitchell 12 Forest Road Andover, NJ 07821** | | **Litigation Claims** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **DeLage Landen Financial Services, Inc. PO Box 41602 Philadelphia, PA 19101-1602** | | **Judgment** | **Contingent Unliquidated Disputed** | | | **$56,694.27** |
| **Division of Employer Accounts, NJDOL P.O. Box 911 Trenton, NJ 08625** | | **Judgment-DJ-20-0 74211-MER** | | | | **$1,679.08** |
| **Ford Motor Credit Company, LLC Assignee of Morris Auto Ent., LLC c/o Morgan, Bornstein & Morgan 1236 Brace Road, Suite K Cherry Hill, NJ 08034-3269** | | **Litigation Claims** | **Contingent Unliquidated Disputed** | | | **$30,743.48** |
| **James Anastasio c/o Law Office of William Anastasio 338 Main Street Chatham, NJ 07928** | | **Judgment** | **Disputed** | | | **$15,010.00** |
| **John Deere Construction and Forestry Co c/o The Law Offices of Joseph A. McCormick, Jr., P.A. 76 Euclid Avenue, Suite 103 Haddonfield, NJ 08033** | | **Judgment** | **Disputed** | | | **$97,016.32** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **Black River Landscape Management, Inc.**                    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Law Offices of William R. Connelly, LLC 61 West Main Street Mendham, NJ 07945** | | **Legal services** | | | | **$39,869.35** |
| **M&T Bank One M&T Plaza Attn: Office of General Counsel Buffalo, NY 14203** | | **PPP Loan-1st draw** | **Contingent Disputed** | | | **$54,686.00** |
| **R.P. Smith & Son 155 Main St Succasunna, NJ 07876** | | **Trade debt** | | | | **$5,250.70** |
| **SiteOne Landscape Supply 300 Colonial Center Parkway Suite 600 Roswell, GA 30076** | | **Trade debt** | | | | **$3,803.49** |
| **Sunbelt Rentals, Inc. 2341 Deerfield Drive Fort Mill, SC 29715** | | **Litigation Claims** | **Contingent Unliquidated Disputed** | | | **$52,999.53** |
| **TD Bank 326 Mount Hope Avenue Rockaway, NJ 07866** | | **Business Credit Card** | **Disputed** | | | **$10,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Black River Landscape Management, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................    $                    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................    $            235,407.04

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................    $            235,407.04

### Part 2:    Summary of Liabilities

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $            182,613.67

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $              1,679.08

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$            508,269.98

4.    Total liabilities .................................................................................................................................
   Lines 2 + 3a + 3b    $            692,562.73

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Black River Landscape Management, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Fulton Bank**<br>**P.O. Box 4887**<br>**Lancaster, PA 17604** | **Business Checking** | 6259 | $11,053.41 |
| 3.2. | **M&T Bank**<br>**45 Eisenhower Drive**<br>**Paramus, New Jersey 07012** | **Business Checking** | 7539 | $6.54 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $11,059.95 |
| --- |

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Black River Landscape Management, Inc.**                    Case number *(If known)* _____
<br>Name

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **188,415.09** | - | **0.00** =.... | **$188,415.09** |
| | face amount | | doubtful or uncollectible accounts | |

---

12.    **Total of Part 3.**                                                                                              **$188,415.09**
<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
<br>☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
<br>☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
<br>☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
<br>■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**2019 Dell Laptop** | $500.00 | | $500.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
<br>collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                              **$500.00**
<br>Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
<br>■ No
<br>☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
<br>■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Black River Landscape Management, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2018 F350 Diesel King Ranch--approx. 90,000 miles--VIN ending 4896** | **Unknown** | **N/A** | **Unknown** |
| 47.2. **2016 F350 Single Cab work package--approx. 85,000 miles VIN ending 8556** | **Unknown** | **N/A** | **Unknown** |
| 47.3. **2018 Dodge 2500 Laramie--approx. 40,000 miles** | **Unknown** | **N/A** | **Unknown** |
| 47.4. **2018 Dodge 2500 Laramie--approx. 35,000 miles** | **Unknown** | **N/A** | **Unknown** |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| **2016 Cat 305D excavator** | **$20,000.00** | **Comparable sale** | **$20,000.00** |
| **2002 International single axle-85,000 miles** | **Unknown** | | **Unknown** |
| **2004 International single axle--90,000 miles** | **Unknown** | | **Unknown** |
| **1997 Mac Single axle--100,000 miles** | **Unknown** | | **Unknown** |
| **2016 Wells Cargo 20 foot trailer** | **Unknown** | | **Unknown** |
| **2002 Wells Cargo 22 foot trailer** | **Unknown** | | **Unknown** |
| **2000 Cargo Hauler 20 foot open trailer** | **Unknown** | | **Unknown** |
| **2015 Wells Cargo-deck over trailer** | **Unknown** | | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Black River Landscape Management, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $20,000.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** https://blackriverlandscaping.com/ | Unknown | | $0.00 |
| **62.** **Licenses, franchises, and royalties** **Home Improvement Contractor's License #: 13VH08116500** | Unknown | | Unknown |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Black River Landscape Management, Inc.**                           Case number *(If known)* _____
          <sub>Name</sub>

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Black River Landscape Management v. Savro, LLC** | | $15,432.00 |
|---|---|---|
| **Nature of claim** | **Judgment-DJ-155709-17** | |
| **Amount requested** | **$15,432.00** | |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                        | $15,432.00 |
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Black River Landscape Management, Inc.**                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,059.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $188,415.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,432.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $235,407.04 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $235,407.04 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Black River Landscape Management, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Chrysler Capital**
Creditor's Name

**PO Box 660335**
**Dallas, TX 75266-0335**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**6770**

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2018 Dodge 2500 Laramie--approx. 40,000
miles**

Describe the lien
**Automobile Finance**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$45,055.75**     Value of collateral: **Unknown**

**2.2** | **Chrysler Capital**
Creditor's Name

**PO Box 660335**
**Dallas, TX 75266-0335**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**6360**

Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**2018 Dodge 2500 Laramie--approx. 35,000
miles**

Describe the lien
**Automobile Finance**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$45,028.01**     Value of collateral: **Unknown**

| Debtor | **Black River Landscape Management, Inc.** | Case number (if known) | |
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CSC, as Representative** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**Notice Purposes Only**

**P.O. Box 2576
Springfield, IL 62708**

Creditor's mailing address

Describe the lien

**Notice Purposes Only**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CT Corporation System, as Representative** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**Notice Purposes Only**

**330 N. Brand Blvd, Suite
700
Attn: SPRS
Glendale, CA 91203**

Creditor's mailing address

Describe the lien

**Notice Purposes Only**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit Company, LLC** | Describe debtor's property that is subject to a lien | $63,966.12 | Unknown |

Creditor's Name

**2018 F350 Diesel King Ranch--approx. 90,000
miles--VIN ending 4896**

**c/o Morgan, Bornstein &
Morgan
1236 Brace Road, Suite K
Cherry Hill, NJ 08034-3269**

Creditor's mailing address

Describe the lien

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 2 of 3

Debtor    **Black River Landscape Management, Inc.**                                Case number (if known)
_____
Name

**Automobile Finance**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known                              **Is anyone else liable on this claim?**
_____
■ No

**Date debt was incurred**                                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**                                **As of the petition filing date, the claim is:**
**interest in the same property?**                               Check all that apply

■ No                                                             ☐ Contingent

☐ Yes. Specify each creditor,                                    ☐ Unliquidated
including this creditor and its relative
priority.                                                        ☐ Disputed

---

| 2.6 | **Ford Motor Credit Company, LLC** | Describe debtor's property that is subject to a lien | $28,563.79 | Unknown |

Creditor's Name

**c/o Morgan, Bornstein & Morgan**
**1236 Brace Road, Suite K**
**Cherry Hill, NJ 08034-3269**
Creditor's mailing address

**2016 F350 Single Cab work package--approx. 85,000 miles**
**VIN ending 8556**
_____

**Describe the lien**
**Automobile Finance**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known                              **Is anyone else liable on this claim?**
_____
■ No

**Date debt was incurred**                                       ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**                                **As of the petition filing date, the claim is:**
**interest in the same property?**                               Check all that apply

■ No                                                             ☐ Contingent

☐ Yes. Specify each creditor,                                    ☐ Unliquidated
including this creditor and its relative
priority.                                                        ☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $182,613.67 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ford Motor Credit Company**<br>**P.O. Box 790119**<br>**Saint Louis, MO 63179-0019** | Line _2.5_ | |
| **Ford Motor Credit Company**<br>**P.O. Box 790119**<br>**Saint Louis, MO 63179-0019** | Line _2.6_ | |

---

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **Black River Landscape Management, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,679.08 | $0.00 |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Division of Employer Accounts, NJDOL**
**P.O. Box 911**
**Trenton, NJ 08625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,679.08**
Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Judgment-DJ-20-074211-MER**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**

Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**
Priority amount: **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Black River Landscape Management, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey**
**Dept. of Labor and Workforce**
**Development**
**1 John Finch Plaza**
**Trenton, NJ 08625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State of New Jersey-Division of**
**Taxation**
**Compliance &**
**Enforcement-Bankruptcy Unit**
**50 Barrack Street, 9th Floor**
**P.O. Box 245**
**Trenton, NJ 08695**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADP**
**One ADP Boulevard**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,422.78 |
|---|---|---|---|

**Alltran Financial LP**
**on behalf of Ford Motor Credit Co., LLC**
**PO Box 722929**
**Houston, TX 77272-2929**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number   0477

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew and Dana Mackessy**
**c/o Riker Danzig, et al.**
**Headquarters Plaza**
**One Speedwell Avenue**
**Morristown, NJ 07962**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim:  **Litigation Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Black River Landscape Management, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4**

**Nonpriority creditor's name and mailing address**

**Autozone**
**c/o Rauch-Milliken International, Inc.**
**PO Box 8390**
**Metairie, LA 70011-8390**

Date(s) debt was incurred _

Last 4 digits of account number  **8427**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$625.50**

---

**3.5**

**Nonpriority creditor's name and mailing address**

**Case Snow Managment, Inc.**
**356 Dietsch Blvd.**
**Attleboro Falls, MA 02763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6**

**Nonpriority creditor's name and mailing address**

**County Concrete Corporation**
**50 Railroad Avenue**
**PO Box F**
**Kenvil, NJ 07847**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$71,576.56**

---

**3.7**

**Nonpriority creditor's name and mailing address**

**Credit Control, LLC**
**5757 Phantom Drive**
**Suite 330**
**Hazelwood, MO 63042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only-Kabbage Loans**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8**

**Nonpriority creditor's name and mailing address**

**Customers Bank**
**701 Reading Avenue**
**Reading, PA 19611**

Date(s) debt was incurred  **2/10/21**

Last 4 digits of account number  **8404**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan- 2d draw**

Is the claim subject to offset? ■ No ☐ Yes

**$45,572.00**

---

**3.9**

**Nonpriority creditor's name and mailing address**

**David R. and Dolores M. Mitchell**
**12 Forest Road**
**Andover, NJ 07821**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claims**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10**

**Nonpriority creditor's name and mailing address**

**DeLage Landen Financial Services, Inc.**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

Date(s) debt was incurred _

Last 4 digits of account number  **3360**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$56,694.27**

---

| Debtor | **Black River Landscape Management, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Estate of Brian Ginsburg**
**c/o Martin Ginsburg**
**350 Route 46**
**Suite 1**
**Rockaway, NJ 07866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Notice Purposes Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,743.48 |
|---|---|---|---|

**Ford Motor Credit Company, LLC**
**Assignee of Morris Auto Ent., LLC**
**c/o Morgan, Bornstein & Morgan**
**1236 Brace Road, Suite K**
**Cherry Hill, NJ 08034-3269**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gina and Omar Millan**
**1210 6th Street**
**North Bergen, NJ 07047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,010.00 |
|---|---|---|---|

**James Anastasio**
**c/o Law Office of William Anastasio**
**338 Main Street**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/20/2019__

Basis for the claim: __Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,016.32 |
|---|---|---|---|

**John Deere Construction and Forestry Co**
**c/o The Law Offices of**
**Joseph A. McCormick, Jr., P.A.**
**76 Euclid Avenue, Suite 103**
**Haddonfield, NJ 08033**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jose and Carmen Fortuna**
**c/o Todd J. Leonard Law Firm**
**3010 Route 10 West**
**Denville, NJ 07834**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Litigation Claims__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,869.35 |
|---|---|---|---|

**Law Offices of William R. Connelly, LLC**
**61 West Main Street**
**Mendham, NJ 07945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Black River Landscape Management, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,686.00** |
|---|---|---|---|

**M&T Bank**
**One M&T Plaza**
**Attn: Office of General Counsel**
**Buffalo, NY 14203**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/28/2020**

Basis for the claim:  **PPP Loan-1st draw**

Last 4 digits of account number  **7210**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mot-Laur Properties, LLC**
**P.O. Box 343**
**Succasunna, NJ 07876-0343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**
**Lease for 27 E. Main Street, Rockaway, NJ 07866**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,250.70** |
|---|---|---|---|

**R.P. Smith & Son**
**155 Main St**
**Succasunna, NJ 07876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Selective Insurance Co. of New England**
**c/o James A. Connors Assoc. Inc.**
**P.O. Box 336**
**Morristown, NJ 07963-0336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance-Notice Purposes Only**

Last 4 digits of account number  **6109**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sheffield Financial Services**
**150 S Stratford Road**
**Winston Salem, NC 27104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,803.49** |
|---|---|---|---|

**SiteOne Landscape Supply**
**300 Colonial Center Parkway**
**Suite 600**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,999.53** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**2341 Deerfield Drive**
**Fort Mill, SC 29715**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Litigation Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Black River Landscape Management, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**TD Bank**
**326 Mount Hope Avenue**
**Rockaway, NJ 07866**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Business Credit Card**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alltran Financial LP**<br>**PO Box 4043**<br>**Concord, CA 94524-4043** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Blau Rock, LLC**<br>**c/o Law Office of Terkowitz & Hermesmann**<br>**400 Atrium Drive, 5th Floor**<br>**Somerset, NJ 08873** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Case Snow Mgmt & Jones Lang LaSalle**<br>**c/o Barnaba & Marconi, LLP**<br>**Attn: Debnnis M. Marconi, Esq.**<br>**315 Lowell Avenue**<br>**Hamilton Twp., NJ 08619** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Ford Motor Credit Company**<br>**P.O. Box 790119**<br>**Saint Louis, MO 63179-0019** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Ford Motor Credit Company, LLC**<br>**c/o Morgan, Bornstein & Morgan**<br>**1236 Brace Road, Suite K**<br>**Cherry Hill, NJ 08034-3269** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **GREGORY P. HELFRICH & ASSOCIATES**<br>**Attn: Andrew M. Horun and John Aufiero**<br>**180 River Road, First Floor**<br>**Summit, NJ 07902** | Line **3.13**<br><br>☐ Not listed. Explain ____ | **5176** |
| 4.8 | **Haworth, Barber & Gertsman, LLC**<br>**Attn: Richard Barber**<br>**505 Main Street, Suite 212**<br>**Hackensack, NJ 07601** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Inglesino, Webster, Wyciskala & Taylor**<br>**Attn: Denis Driscoll**<br>**600 Parsippany Road, Suite 204**<br>**Parsippany, NJ 07054** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Black River Landscape Management, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **John Deere Financial**<br>**6400 NW 86th Street**<br>**P.O. Box 6600**<br>**Johnston, IA 50131-6600** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Kabbage**<br>**730 Peachtree Street NE**<br>**Suite 1100**<br>**Atlanta, GA 30308** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Law Offices of Barnaba & Marconi**<br>**Attn: Dennis Marconi**<br>**315 Lowell Avenue**<br>**Trenton, NJ 08619** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Law Offices of Joseph A. Molinaro**<br>**648 Wyckoff Avenue**<br>**Wyckoff, NJ 07481** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Law Offices of Peter N. Davis**<br>**Attn: Nicholas Barone**<br>**100 Hamilton Plaza, Suite 420**<br>**Paterson, NJ 07505** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Morris Auto Enterprises, LLC**<br>**906 State Route 10**<br>**Randolph, NJ 07869** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Mullooly, Jeffrey, Rooney & Flynn LLP**<br>**6851 Jericho Turnpike, Suite 220**<br>**Attn: John J. Sheerin**<br>**Syosset, NY 11791-9036** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Perez & Morris, LLC**<br>**Attn: David Bronstein, Esq.**<br>**100 N 20th Street, Suite 303**<br>**Philadelphia, PA 19103** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Stark & Stark, PC**<br>**Attn:  Marshall Kizner**<br>**PO Box 5315**<br>**Princeton, NJ 08543-5318** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **William E. Mandry Law Offices, PC**<br>**602 Liberty Boulevard**<br>**Phillipsburg, NJ 08865** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,679.08 |
| 5b. Total claims from Part 2 | 5b. | + $ | 508,269.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 509,949.06 |

**Fill in this information to identify the case:**

Debtor name  **Black River Landscape Management, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest  **Lease for John Deere 323 Compact Track Loader** | |
| State the term remaining | |
| List the contract number of any government contract | **John Deere Construction and Forestry Co** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest  **Lease of premises located at 27 Main Street, Rockaway, New Jersey** | |
| State the term remaining | **Mot-Laur Properties, LLC** |
| List the contract number of any government contract | **P.O. Box 343 Succasunna, NJ 07876-0343** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest  **CGL and Auto Insurance-Policy No. 2306109** | |
| State the term remaining | **Selective Insurance Co. of New England c/o James A. Connors Assoc. Inc.** |
| List the contract number of any government contract | **P.O. Box 336 Morristown, NJ 07963-0336** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Black River Landscape Management, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kristopher Holland** | **23 Mount Hope Road Rockaway, NJ 07866** | **Estate of Brian Ginsburg** | ☐ D _____ ■ E/F  **3.11** ☐ G _____ |
| 2.2 | **Kristopher Holland** | **23 Mount Hope Road Rockaway, NJ 07866** | **James Anastasio** | ☐ D _____ ■ E/F  **3.14** ☐ G _____ |
| 2.3 | **Kristopher Holland** | **23 Mount Hope Road Rockaway, NJ 07866** | **John Deere Construction and Forestry Co** | ☐ D _____ ■ E/F  **3.15** ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Black River Landscape Management, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$327,667.10** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,608,134.83** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,342,318.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

Debtor   **Black River Landscape Management, Inc.**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Cerbo's Parsippany Greehouses**<br>**440 Littleton Road**<br>**Parsippany, NJ 07054** | **various from January through March** | **$11,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Hyde & Associates**<br>**31 Fairmount Avenue**<br>**Suite 104**<br>**Chester, NJ 07930** | **2/15/21** | **$8,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Credit Company**<br>**P.O. Box 790119**<br>**Saint Louis, MO 63179-0019** | **2018 F350 pick up truck** | **November, 2020** | **$25,000.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  **Black River Landscape Management, Inc.**                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sunbelt Rentals, Inc. v. Debtor**<br>**L-000015-21-MRS** | **Collection** | **Superior Court of New Jersey**<br>**Law Division, Morris County**<br>**Washington and Court Streets**<br>**Morristown, NJ 07963-0910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **County Concrete Corporation v. Debtor and Kristopher Holland**<br>**L-001799-19-MRS** | **Collection** | **Superior Court of New Jersey**<br>**Law Division, Morris County**<br>**Washington and Court Streets**<br>**Morristown, NJ 07963-0910** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **DeLage Landen Financial Services, Inc. v. Debtor**<br>**DJ-011483-21** | **Collection-Enforcement of out of state judgment** | **Superior Court of New Jersey**<br>**Law Division, Morris County**<br>**Washington and Court Streets**<br>**Morristown, NJ 07963-0910** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Alltran Financial LP v. Debtor and Kristopher Holland** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **James Anastasio v. Debtor and Kristopher Holland**<br>**19-005862-DC-MRS** | **Contract** | **Superior Court of New Jersey**<br>**Special Civil Part, Morris County**<br>**Washington and Court Streets**<br>**Morristown, NJ 07963-0910** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **Gina and Omar Millan v. CVS Pharmacy et. al.**<br>**L-1029-20 HUD** | **Personal Injury** | **Superior Court of New Jersey**<br>**Law Division, Hudson County**<br>**583 Newark Avenue**<br>**Jersey City, NJ 07306** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Estate of Brian Ginsburg v. Debtor and Kristopher Holland**<br>**L-17-1922-MRS** | **Civil** | **Superior Court of New Jersey**<br>**Law Division, Morris County**<br>**Washington and Court Streets**<br>**Morristown, NJ 07963-0910** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **John Deere Construction and Forestry Co v. Debtor and Kristopher Holland**<br>**L-000904-19-MRS** | **Collection** | **Superior Court of New Jersey**<br>**Law Division, Morris County**<br>**Washington and Court Streets**<br>**Morristown, NJ 07963-0910** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Black River Landscape Management, Inc.** | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Ford Motor Credit Company, LLC v. Debtor and Kristopher Holland**<br>L-000119-21-MRS | **Collection** | **Superior Court of New Jersey**<br>**Law Division, Morris County**<br>**Washington and Court Streets**<br>**Morristown, NJ 07963-0910** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Jose and Carmen Fortuna v. Blau Rock, LLC, Case Snow Mgmt & Jones Lang LaSalle and Debtor**<br>L-19-2382-MRS | **Personal Injury** | **Superior Court of New Jersey**<br>**Law Division, Morris County**<br>**Washington and Court Streets**<br>**Morristown, NJ 07963-0910** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **David R. and Dolores M. Mitchell v. ESAanagment, LLC, Brightview Enterprise Solutions, LLC and Debtor**<br>L-185-20-SSX | **Personal Injury** | **Superior Court of New Jersey**<br>**Law Division, Sussex County**<br>**43-47 High Street**<br>**Newton, NJ 07860-1738** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:     Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Black River Landscape Management, Inc.**    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Politan Law, LLC**<br>**88 East Main Street, No. 502**<br>**Mendham, NJ 07945** | **Retainer $10,000.00 plus filing fee $1,738.00--retainer drawn down for prepetition services and reimbursement of expenses in the amount of $2,500 prior to filing** | **2/12/2021** | **$11,738.00** |
| | Email or website address<br>**mpolitan@politanlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Black River Landscape Management, Inc.** | Case number *(if known)* |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Black River Landscape Management, Inc.**                                          Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **Hyde & Assocites
31 Fairmount Avenue
Suite 104
Chester, NJ 07930** | **various (tax return preparation)** |
| 26a.2.    **Courtney Post, Office Manager
c/o Black River Landscape Management** | **2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

Debtor    **Black River Landscape Management, Inc.**                          Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kristopher Holland | 23 Mount Hope Road Rockaway, NJ 07866 | President and Owner | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Maggie Holland 23 Mount Hope Road Rockaway, NJ 07866 | $800.00 per week | various | Payroll |
| | **Relationship to debtor** Wife of President and Owner; Employee | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Black River Landscape Management, Inc.** | Case number *(if known)* |
|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  6, 2021**

**/s/ Kristopher Holland**                                                      **Kristopher Holland**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    **Black River Landscape Management, Inc.**                                            Case No.

Debtor(s)                                            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐  **FLAT FEE**

    For legal services, I have agreed to accept ........................................    $    _____

    Prior to the filing of this statement I have received ........................    $    _____

    Balance Due ........................................................................    $    _____

    ☐  **RETAINER**

    For legal services, I have agreed to accept and received a retainer of ........    $    **7,500.00**

    The undersigned shall bill against the retainer at an hourly rate of ............    $    **450.00**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.  $  **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■  Debtor          ☐  Other (specify):

4.  The source of compensation to be paid to me is:

    ■  Debtor          ☐  Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Black River Landscape Management, Inc.**    Case No. _____

_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **April  6, 2021** | **/s/ Mark J. Politan** |
| --- | --- |
| *Date* | **Mark J. Politan** |
| | *Signature of Attorney* |
| | **Politan Law, LLC** |
| | **88 East Main Street, #502** |
| | **Mendham, NJ 07945** |
| | **973.768.6072** |
| | **mpolitan@politanlaw.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## District of New Jersey

In re  **Black River Landscape Management, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kristopher Holland**<br>**23 Mount Hope Road**<br>**Rockaway, NJ 07866** | | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April  6, 2021**

Signature  **/s/ Kristopher Holland**

**Kristopher Holland**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    **Black River Landscape Management, Inc.**          Case No.

                                         Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April  6, 2021**                      **/s/ Kristopher Holland**

                                             **Kristopher Holland**/**President**
                                             Signer/Title

```
ADP
One ADP Boulevard
Roseland, NJ 07068


Alltran Financial LP
on behalf of Ford Motor Credit Co., LLC
PO Box 722929
Houston, TX 77272-2929


Alltran Financial LP
PO Box 4043
Concord, CA 94524-4043


Andrew and Dana Mackessy
c/o Riker Danzig, et al.
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962


Autozone
c/o Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390


Blau Rock, LLC
c/o Law Office of Terkowitz & Hermesmann
400 Atrium Drive, 5th Floor
Somerset, NJ 08873


Case Snow Managment, Inc.
356 Dietsch Blvd.
Attleboro Falls, MA 02763


Case Snow Mgmt & Jones Lang LaSalle
c/o Barnaba & Marconi, LLP
Attn: Debnnis M. Marconi, Esq.
315 Lowell Avenue
Hamilton Twp., NJ 08619


Chrysler Capital
PO Box 660335
Dallas, TX 75266-0335
```

County Concrete Corporation
50 Railroad Avenue
PO Box F
Kenvil, NJ 07847


Credit Control, LLC
5757 Phantom Drive
Suite 330
Hazelwood, MO 63042


CSC, as Representative
P.O. Box 2576
Springfield, IL 62708


CT Corporation System, as Representative
330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203


Customers Bank
701 Reading Avenue
Reading, PA 19611


David R. and Dolores M. Mitchell
12 Forest Road
Andover, NJ 07821


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


DeLage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101-1602


Division of Employer Accounts, NJDOL
P.O. Box 911
Trenton, NJ 08625


Estate of Brian Ginsburg
c/o Martin Ginsburg
350 Route 46
Suite 1
Rockaway, NJ 07866

Ford Motor Credit Company
P.O. Box 790119
Saint Louis, MO 63179-0019


Ford Motor Credit Company, LLC
Assignee of Morris Auto Ent., LLC
c/o Morgan, Bornstein & Morgan
1236 Brace Road, Suite K
Cherry Hill, NJ 08034-3269


Ford Motor Credit Company, LLC
c/o Morgan, Bornstein & Morgan
1236 Brace Road, Suite K
Cherry Hill, NJ 08034-3269


Fulton Bank
P.O. Box 4887
Lancaster, PA 17604


Gina and Omar Millan
1210 6th Street
North Bergen, NJ 07047


GREGORY P. HELFRICH & ASSOCIATES
Attn: Andrew M. Horun and John Aufiero
180 River Road, First Floor
Summit, NJ 07902


Haworth, Barber & Gertsman, LLC
Attn: Richard Barber
505 Main Street, Suite 212
Hackensack, NJ 07601


Inglesino, Webster, Wyciskala & Taylor
Attn: Denis Driscoll
600 Parsippany Road, Suite 204
Parsippany, NJ 07054


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


James Anastasio
c/o Law Office of William Anastasio
338 Main Street
Chatham, NJ 07928

John Deere Construction and Forestry Co
c/o The Law Offices of
Joseph A. McCormick, Jr., P.A.
76 Euclid Avenue, Suite 103
Haddonfield, NJ 08033


John Deere Financial
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600


Jose and Carmen Fortuna
c/o Todd J. Leonard Law Firm
3010 Route 10 West
Denville, NJ 07834


Kabbage
730 Peachtree Street NE
Suite 1100
Atlanta, GA 30308


Kristopher Holland
23 Mount Hope Road
Rockaway, NJ 07866


Law Offices of Barnaba & Marconi
Attn: Dennis Marconi
315 Lowell Avenue
Trenton, NJ 08619


Law Offices of Joseph A. Molinaro
648 Wyckoff Avenue
Wyckoff, NJ 07481


Law Offices of Peter N. Davis
Attn: Nicholas Barone
100 Hamilton Plaza, Suite 420
Paterson, NJ 07505


Law Offices of William R. Connelly, LLC
61 West Main Street
Mendham, NJ 07945

```
M&T Bank
One M&T Plaza
Attn: Office of General Counsel
Buffalo, NY 14203


M&T Bank
45 Eisenhower Drive
Paramus, NJ 07012


Morris Auto Enterprises, LLC
906 State Route 10
Randolph, NJ 07869


Mot-Laur Properties, LLC
P.O. Box 343
Succasunna, NJ 07876-0343


Mullooly, Jeffrey, Rooney & Flynn LLP
6851 Jericho Turnpike, Suite 220
Attn: John J. Sheerin
Syosset, NY 11791-9036


Perez & Morris, LLC
Attn: David Bronstein, Esq.
100 N 20th Street, Suite 303
Philadelphia, PA 19103


R.P. Smith & Son
155 Main St
Succasunna, NJ 07876


Selective Insuance Co. of New England
c/o James A. Connors Assoc. Inc.
P.O. Box 336
Morristown, NJ 07963-0336


Sheffield Financial Services
150 S Stratford Road
Winston Salem, NC 27104


SiteOne Landscape Supply
300 Colonial Center Parkway
Suite 600
Roswell, GA 30076
```

Stark & Stark, PC
Attn: Marshall Kizner
PO Box 5315
Princeton, NJ 08543-5318


State of New Jersey
Dept. of Labor and Workforce Development
1 John Finch Plaza
Trenton, NJ 08625


State of New Jersey-Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695


Sunbelt Rentals, Inc.
2341 Deerfield Drive
Fort Mill, SC 29715


TD Bank
326 Mount Hope Avenue
Rockaway, NJ 07866


William E. Mandry Law Offices, PC
602 Liberty Boulevard
Phillipsburg, NJ 08865

# United States Bankruptcy Court
### District of New Jersey

In re   **Black River Landscape Management, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Black River Landscape Management, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  6, 2021**

Date

**/s/ Mark J. Politan**

**Mark J. Politan**

Signature of Attorney or Litigant

Counsel for   **Black River Landscape Management, Inc.**

**Politan Law, LLC**
**88 East Main Street, #502**
**Mendham, NJ 07945**
**973.768.6072**
**mpolitan@politanlaw.com**